UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI,<br><br>        Plaintiff,<br><br>    v.<br><br>INS IMMIGRATION AND NATURALIZATION,<br><br>        Defendant. | No. 2:23-cv-0281-TLN-AC<br><br>**ORDER** |

Plaintiff, a county inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 25, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 25, 2023 (ECF No. 6) are ADOPTED IN FULL;
2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;
3. Plaintiff's request to file documents electronically (ECF No. 4) is DENIED; and
4. Plaintiff is directed to pay the filing fee in full prior to proceeding any further with this action. *See* 28 U.S.C. § 1915(g).

Date: December 4, 2023

_____
Troy L. Nunley
United States District Judge