UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI, | No. 2:23-cv-0281 AC P |
| Plaintiff, | |
| v. | ORDER |
| INS IMMIGRATION AND NATURALIZATION, | |
| Defendant. | |

Plaintiff is a county jail inmate proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 6, 2023, plaintiff's motion to proceed in forma pauperis was denied and he was ordered to pay the filing fee in full prior to proceeding any further with this action. ECF No. 8. Therefore, plaintiff will be granted 21 days to pay the $402 filing fee in this case. The failure to pay the fee within the time provided will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that plaintiff pay the $402 filing fee for this action within 21 days from the date of this order.

DATED: December 13, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE