UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI, | No. 2:23-cv-00281 TLN AC |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| INS IMMIGRATION AND NATURALIZATION, | |
| Defendant. | |

    On December 6, 2023, the court denied plaintiff's motion to proceed in forma pauperis and ordered that plaintiff pay the filing fee in full for this action in order to proceed. ECF No. 8. By order dated December 13, 2023, plaintiff was given 21 days to pay the filing fee and was warned that failing to do so would result in dismissal. ECF No. 9. Plaintiff has not paid the filing fee.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 22, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE